UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff § | |
| v. § | |
| § | CIVIL ACTION NO. 4:21-cv-01537 |
| § | |
| $1,693,750.00 SEIZED FROM § | |
| COLUMBIA BANK ACCOUNT § | |
| ENDING IN 7621, § | |
| Defendant. § | |

## CERTIFICATE OF INTERESTED PARTIES

The United States of America, Plaintiff, certifies that the following persons or entities may have a financial interest in the outcome of this litigation:

1. United States of America

2. Med-Tech Resource, LLC

                                            Respectfully submitted,

                                            Jennifer B. Lowery
                                            Acting United States Attorney

                    By:     _s/Yifei Zheng_
                                 Yifei Zheng
                                 Assistant United States Attorney
                                 SDTX ID No. 3328108
                                 New York State Bar No. 5424957
                                 800 N. Shoreline Blvd, Suite 500
                                 Corpus Christi, Texas 78401
                                 Phone: (361) 888-3111
                                 Fax: (361) 888-3200
                                 yifei.zheng@usdoj.gov

## CERTIFICATE OF SERVICE

A true and correct copy of this document was filed of record via electronic court filing on May 17, 2021. There are no parties to serve at this time.

       *s/Yifei Zheng*
       Yifei Zheng
       Assistant U.S. Attorney