# WARRANT OF ARREST IN REM

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

**Civil Docket No. 4:21-cv-1537**

**To the U.S. Department of Homeland Security or any designated agent:**

   **WHEREAS**, on May 10, 2021, a Complaint for Forfeiture was filed in the United States District Court for the Southern District of Texas by JENNIFER B. LOWERY, Acting United States Attorney for said district, seeking the forfeiture of the following property to the United States:

    **$1,693,750.00 seized from Columbia Bank account number ending 7621 that
was seized on or about February 10, 2021.  The property is in the custody of
the Treasury Executive Office for Asset Forfeiture**

   **YOU ARE COMMANDED** to arrest the property described above and to detain it in your custody until further order of this Court.  The United States shall give notice by publication through the internet at www.forfeiture.gov  to all persons who may claim an interest in the property that they must file a verified claim within sixty (60) days from the first day of publication pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within twenty-one (21) days of the filing of a claim.  Note the execution below and return this warrant to the Court.

| CASE ASSIGNED TO: | UNITED STATES DISTRICT JUDGE AT: |
|---|---|
| JUDGE   ROSENTHAL | HOUSTON, TEXAS |
| DATE: | CLERK:   Clerk of the Court |
| 5/27/2021 | BY DEPUTY CLERK:      s\|      M. Mapps |

  **RETURN**

| DISTRICT: | DATE WARRANT WAS RECEIVED AND EXECUTED |
|---|---|
| HOMELAND SECURITY INVESTIGATIONS | BY SPECIAL AGENT |